**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000003
06-AUG-2025
08:31 AM
Dkt. 23 OGMD**

NO. CAAP-25-0000003

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CYNTHIA LEE SINCLAIR, Petitioner-Appellant, v.
RICHARD DURAN, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION

(CIVIL NO. 1DSS-23-0001331)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Nakasone, Chief Judge, Leonard, and Guidry, JJ.)

Upon consideration of self-represented Petitioner-Appellant Cynthia Lee Sinclair's (**Sinclair**) July 30, 2025 "Stipulation for Dismissal," which the court construes as a motion to dismiss appeal (**Motion**), the papers in support, and the record, it appears that (1) the Motion states that Sinclair requests to dismiss the appeal, and (2) Respondent-Appellee Richard Duran filed a statement of no opposition to the Motion.

Therefore, IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawaiʻi, August 6, 2025.

/s/ Karen T. Nakasone
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge